| PROB 22 (Rev. 04/17) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 9:07CR00024-1 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 3:18-00008 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Gregory Shanti Fuller | DISTRICT Eastern District of Texas | DIVISION Lufkin Division |
|---|---|---|
| | NAME OF SENTENCING JUDGE U.S. District Judge Thad Heartfield | |
| | NAME OF REASSIGNED SENTENCING JUDGE Chief U.S. District Judge Ron Clark | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/29/2017 — TO 12/28/2020 |

**OFFENSE**

Possession with Intent to Distribute Cocaine

### PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Texas"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction.

1/10/2018
Date

*[signature]*
Chief U.S. District Judge Ron Clark

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Jan 17, 2018
Effective Date

*[signature]*
United States District Judge